

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00127-CR

CANDANCE NICOLE MAXI, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 185th District Court of Harris County.  (Tr. Ct. No. 1421350).

After inspecting the record of the court below, the Court holds that it lacks jurisdiction over this appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 1, 2015.

Per curiam opinion delivered by panel consisting of Justices Higley, Huddle, and Lloyd.